AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | | |
|---|---|---|
| National Bank of Kuwait, S.A.K.P., New York Branch | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No.  1:24 cv 04324 AS |
| Bradley Parker | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  04/07/2026  .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:  6/22/2026

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK
BRANCH.

|  |  |
|---|---|
| Plaintiff, | 24 **CIVIL** 4324 (AS) |
| -against- | **JUDGMENT** |
| BRADLEY PARKER. | |
| Defendant. | |

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated June 04, 2025 and Memo Endorsement dated April

3, 2026, Motion for summary judgment is GRANTED. Accordingly, judgment is entered in

favor of the plaintiff National Bank of Kuwait, S.A.K.P., New York Branch in the amount of

$50,864,131.03 against Defendant Bradley Parker and the case is closed.

**Dated:** New York, New York

April 7, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

BY:

_Nezam Dulel_
Deputy Clerk

CERTIFIED AS A TRUE COPY

THIS DATE 6/22/2026

BY _____

( )Clerk
( )Deputy